Leave to file GRANTED

*[signature]*
United States District Judge
6/29/2021

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Shakur Williams,
5223 Page Road
Durham, NC 27703

　　　　Plaintiffs,

vs.

　　　　Defendant.

United States Department of Health and Human Services
Attention: Xavier Becerra, Secretary
200 Independence Avenue, S.W. Washington, D.C. 20201

Biomedical Advanced Research and Development (BARDA)
300 Independence Avenue, S.W.
Washington, D.C. 20201

Case No.:   No. 20-cv-3592 (KBJ)

MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS

RECEIVED
APR 26 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Memorandum in Opposition to Motion to Dismiss - 1   Page 1/6

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire . . . .

(Fed. R. Civ. P. 6(d).) The Court may treat as conceded any motion or argument made within it that is not opposed within the time limits outlined below. Alternatively, the Court may consider on the merits any motion or argument made within it that is not opposed within the time limits outlined below.

Accordingly, it is hereby

ORDERED that the plaintiff shall file an opposition or other response to defendant's motion to dismiss [9] by **April 30, 2021**. If the plaintiff does not file a timely opposition, the Court may treat the motion as conceded and, if warranted, dismiss the complaint.

SO ORDERED.

DATE: April 2, 2021                    /s/
                                       KETANJI BROWN JACKSON
                                       United States District Judge

### C. Filing Fee:

   a. The required filing fee for a new case is **$402.00**.
   b. The Clerk's Office accepts cash, check or money order. Your check or money order should be made payable to: ***Clerk, U.S. District Court***

### D. Application to Proceed in District Court Without Prepaying Fees or Costs (*In Forma Pauperis*):

   a. If you are unable to pay the filing fee, you may request permission from the court to proceed *in forma pauperis* by completing an **Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240)**. An application is included in Appendix II of this handbook.
   b. Please allow 4-6 weeks for approval of the application. Written notice will be mailed.

### E. The Summons:



   a. If you are planning to file an application to proceed i*n forma pauperis*, you do not need to provide summonses. Preparation of summonses will be the responsibility of the Clerk's Office, upon direction of the judge.
   b. If you are paying the new case filing fee, you must provide a summons for each named defendant in your complaint. The summons must comply with Federal Rule 4(a) and (b) before it will be signed by a Deputy Clerk. A sample of a summons is included in Appendix II of this handbook. You are responsible for service of the summons and complaint upon the defendant(s).
      i. If a U.S. Government agent or agency is a named defendant, you must prepare two additional summonses; one (1) for the U.S. Attorney General and one (1) for the U.S. Attorney for the District of Columbia.
         1. The **U.S. Attorney General** is located at:
            950 Pennsylvania Avenue, NW
            Washington, DC 20530
         2. The **U.S. Attorney for the District of Columbia** is located at:
            501 Third Street, NW
            Washington, DC 20001
            ***(for hand delivery)***
                 **OR**
            555 Fourth Street, NW
            Washington, DC 20530
            ***(for mail delivery)***

Case 1:20-cv-03592-KBJ   Document 13   Filed 06/29/21   Page 4 of 10

Shakur Williams v Biomedical Advanced Research and Development Authority (BARDA)   Case 1:20-cv-03592- [KBJ]   Page **2** of **6**

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Defendant did not include all defendants, names and address in caption, pursuant to Federal Rules 10a; Defendant's counsel corresponds that she defends one party (BARDA) in an email, but states to defend U.S. Department of Health and Humans of Services in another email court document, listing two defendants; Plaintiff-Shakur Williams did not see in Minute Order all defendants that proceeds before the review of lawsuit case, 1:20-v-03592-KBJ.

2. Defendants are reviewing same information judge reviewed to approve case opening, so how can Defendants request Motion to Dismiss before Discovery process? How can Defendants object judge's review and approval to open case?

3. Defendants' counsel could not produce one core counterclaim in the first 30 days of this their answer period, but Defendant's counsel now counterclaims with so many reference cases, statues and laws toward an INNOVATION. Would all those precedents be relevant that's specific to argue an INNOVATION of a pandemic?
   * Consideration at the least for "Extension of Time" that the U.S. District Court, D.C. granted Defendants' counsel, previously in this case, the "Extension of Time" order.

4. U.S. government rule states you have two months to make a claim against U.S. government agency; for any Pro Se, would the time constraint be too short to expect complete familiarity with rules and statues of law, especially without an attorney during a historic time of a pandemic with national workforce reduction and closings and especially consideration that the case involves emergency "Breakthrough" technology immediately controlling the pandemic.

5. Defendants remove case out of Superior Court based on jurisdiction, then ask court to Dismiss based on matter of lack of jurisdiction.

6. Instructions do state clearly plaintiff must send a cover sheet with complaint, yet does not mention SF-95 must be sent with complaint; Plaintiff-Shakur Williams thought that the SF-95 form must be sent in within 2 years within statue of limitation period probably requested during ex parte relief process.

Shakur Williams v Biomedical Advanced Research and Development Authority (BARDA)   Case 1:20-cv-03592- [KBJ]   Page 3 of 6

7. Defendant counsel take up counterclaim (answer) space, filing book-reporting reasons exceptional to the instructions for U.S. District Court, D.C. Pro Se Non-Prisoner Handbook explaining claim statement requirements; Defendants counsel states firstly Plaintiff-Shakur Williams do not make a claim then ask court to Motion to Dismiss claim - the counterclaim for Motion to Dismiss makes convoluted counterclaims (answer) statements.

8. Defendant misunderstands technological point of Plaintiff-Shakur Williams' qualifying jurisdictional product lawsuit that states jurisdiction for product ConTAGV Trac(TM) use in foreign countries, qualifying jurisdiction in Federal Court (i.e. there are numerous COVID-19 vaccines by different pharmaceutical companies that are not patented, but vaccines would be use in foreign countries); Federal Court jurisdiction stating: Article III. [JUDICIAL], Section 2. [JURISDICTION] The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;--to all Cases affecting Ambassadors, other public Ministers and Consuls; -to Controversies between two or more States;-- between a State and Citizens of another State;--between Citizens of different States; and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects, actually, Articles 1,2 and 3; Review underneath (https://www.ilga.gov/commission/lrb/Article3.htm):

Article III. [JUDICIAL]

Section 1. [JUDICIAL POWER; TENURE IN OFFICE] The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office. /Section 2. [JURISDICTION] The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;--to all Cases affecting Ambassadors, other public Ministers and Consuls;--to all Cases of admiralty and maritime Jurisdiction;--to Controversies to which the United States shall be a Party;--to Controversies between two or more States;-- between a State and Citizens of another State;--between Citizens of different States;--between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects. In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make. The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed. [NOTE: See Amendment XI] /Section 3. [TREASON] Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court. The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

9. Defendant counsel has not even answered any questions about ownership of states-used digital contact-tracing app, controlling a U.S. government stated pandemic - Defendants' seemingly trying to dismiss case and to keep the technology.

10. Defendants' counsel page for page lectures all rule-considered ways Plaintiff-Shakur Williams claims are administratively not insufficient, but counsel fancily states and

This is a confidential communication, solely for the use of the person(s) identified in this email/letter. If you are not the intended recipient, do not read any part of the letter/message below the recipient area and do not open or read any applicable message or attachments. Kindly notify us of the error by hardcopy mailing or emailing to sender/email correspondence noted or listed sender/email noted of all. The message or letter could not be used in any way to infringe onto the stated pandemic product in the developments.

100 N. Maple Street
Suite 3
Durham, NC 27703
(919)813-8754
invshakur@hotmail.com
mediaa7.wix.com/crtiaevent

April 29, 2020

North Carolina Department of Health and Human Services
**Attention:** Mandy Cohen, MD, MPH
101 Blair Drive
Raleigh, North Carolina 27699 - 2000

Dear Dr. Cohen:

I am responding in review of a John Hopkins Center for Health Security Report, A National Plan to Enable Comprehensive COVID-19 Case Finding and Contact Tracing in the U.S. I reviewed especially the summary that a United States (U.S.) urgent need is to identify all COVID-19 cases and traces of all contacts of identified cases. Through a catch that the report expressed a need for technology and applications and consideration of my related subject email request to the U.S. Surgeon General (Washington, D.C.), Assistant Secretary of Health and Human Services (Washington, D.C.) and National Institute of Health & President Trump's Coronavirus Task Force Director, Anthony Fauci, to review a disclosure of a breakthrough highly effective technology in the area of contact tracing and highly effective result for Coronavirus spread case identification, I am sending you an urgent note that I have a technology breakthrough for the Coronavirus spread. I would like to meet and to answer the National Institutes of Health's technology need for technology for contact tracing and contact tracing people. Through a mere short review of the John Hopkins Bloomberg School of Public Health Center for Health Security report, I see my technology breakthrough is more advanced than Iceland, New Zealand and South Korea's extensive contact tracing systems. I would like to meet and go over the integration and utilization of my innovative system of contact tracing and case identification.

If you have any immediate questions, you could text or call me at (919) 704-3160. Thank you and have a nice day!

Best Regards,

*Shakur Williams*

Shakur Williams, Mechanical Engineer
ConTAGV Trac™

This is a confidential communication, solely for the use of the person(s) identified in this email/letter. If you are not the intended recipient, do not read any part of the message below this statement and do not open or read any message or attachments. Kindly notify us of the error by hardcopy letter or by emailing us at our return address given below or at invshakur@hotmail.com, and please then discard or delete this letter/email without retaining any copy. Note: Most of all, this message/letter should not be used in any way to infringe onto the stated pandemic product innovation™ intellectual property design claim.

100 N. Maple Street<br>
Suite 3<br>
Durham, NC 27703<br>
(919)813-8754<br>
Email: invshakur@hotmail.com

March 24, 2020

U.S Department of Health & Human Services
Hubert H. Humphrey Building
Attention: VADM Jerome M. Adams, M.D., M.P.H
Cc: Anthony Fauci, Director, National Institute of Allergy and Infectious Diseases; Robert R. Redfield, M.D, Director, Center for Disease Control and Prevention(CDC)
C/o: ADM Brett P. Giroir, M.D., VADM Jerome M. Adams, M.D., M.P.H
200 Independence Avenue, S.W.
Washington, D.C. 20201

Dear Dr. Adams:

I am responding on my recent efforts or creation of a product innovation for the Coronavirus and Covid-19, a pandemic and recently stated a United States (U.S.) "National Emergency". The product innovation is an impact solution to track Coronavirus or Covid-19 disease to a granular level (seats, cups and environment) or possibly by the virus' or disease's derivation. I am immediately trying to develop my product and to provide the product to the populations nationally and globally.

I am a mechanical engineer and I am the innovator and engineer of numerous top market innovations starting from the early 1990s. Of one of my earliest product innovations, I am almost sure you today are using this innovation. In a time of this national emergency and top leaders' drive for national and global-people cooperation, I believe I have created an integral product innovation to track the environment and population around a person for the Coronavirus and Covid-19. On this urgent product creation and development, I am asking that you immediately contact me on the collaboration to immediately develop this product to go into the market, so we can calm the panic of our globe's people. I feel fortunate to have designed a product for this pandemic at this time.

I would like a response as immediate as you can on this pandemic COVID-19. President Trump has a formed a White House Coronavirus Task Force and I could provide an immediate presentation (phone or scheduled in-person review) on the ConTAGV Trac(TM) product innovation. If you have any questions, contact me at invshakur@hotmail.com. I look forward to hear or read your email response. Thank you and have a nice day!

Sincerely,

*Shakur Williams*

Shakur Williams,
Mechanical Engineer

includes Defendant or other Defendants that appears as though as counsel is intentionally leaving out Defendants to dismiss the case - this behavior could be considered frivolous in nature - trying not to answer and resolve the nature of the case; Pursuant to LCvR 5.1 ( c ) (1): Failure to provide the address information within 30 days of filing may result in the dismissal of the case against opposing party and Federal Rule 10( a )

11. Reviewed that SF-95 claim statement should either be in some form inside complaint or complaint should be accompanied by an SF-95 form, stating nature and extent of personal injury, nature and extent of damages not economically repairable and sum total.

12. Plaintiff-Shakur Williams intellectual property or product concept is being used through negligence of obligation urging U.S. agency's attention immediately.

13. Defendant counsel did not answer Plaintiff-Shakur Williams FIRST claim in Amended Complaint; the Defendants did not answer negligence referencing Equal Protection of law as applied to BARDA's treatment with Astra Zeneca/Oxford University.

14. For the foregoing reasons here enclosed and all others discussed in Plaintiff-Shakur Williams Amended Complaint, the Motion to Dismiss should be denied.

\* Also, counterclaim to Defendants' counsel answer (I) B1.(b): Reviewing confidential letters of the "Breakthrough" innovation enclosed in the Memorandum of Points (See: Secretary of North Carolina Department of Health and Human Services and U.S. Department of Health and Human Services letter, Secretary Cohen gave N.C. public a webinar that instructs usage of Plaintiff-Shakur Williams filed lawsuit development.

\* Counterclaim to Defendants' counsel answer (II) B2, as follow: "While Plaintiff's Amended Complaint uses the term "due process" when discussing allegations associated with his claim that his "product concept and product design" was encroached", the substance of these allegations appear to be more appropriately analyzed under the Taking Clause of the Fifth Amendment rather than the Due Process Clause. The Fifth Amendment forbids the [government from] taking of private property for public use without just compensation." The protections of the Takings Clause apply to real property, see Lucas v. S.C. Coastal Council, 505 U.S. 1003, 1019 (1992), personal property, see Andrus v. Allard, 444 U.S. 51, 65 (1979), and intangible property, including intellectual property and trade secrets, see Ruckelshaus v. Monsanto Co., 467 U.S. 986, 1003-04 (1984)." Defendants' counsel admits in the answer that Plaintiff-Shakur Williams (due process) property - intellectual property was violated through counsel's statement: "the substance of these allegations appear to be more appropriately analyzed under the Takings Clause of the Fifth Amendment." (See FTCA Administrative Tort Claim requirements (The Basics of the Federal Tort Claims Act by Joseph P. Griffith, Jr of Joe Griffith Law Firm, LLC - II B(1): stating "The standard method of notice is by the government's Standard Form 95 ("SF-95"), BUT ANY writing which contains the required elements of notice to the agency will suffice. The written claim must provide the agency sufficient notice so that it can conduct a proper investigation to determine liability, conduct settlement negotiations and assign value to the claim. The required elements for an investigation are in my amended Complaint.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAKUR WILLIAMS,<br><br>   Plaintiff,<br><br>  v.<br><br>BIOMEDICAL ADVANCED RESEARCH<br>AND DEVELOPMENT AUTHORITY,<br><br>   Defendant. | Civ. A. No. 20-3592 (KBJ) |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant U.S. Department of Health and Human Services (the "Department") and Defendant Biomedical Advanced Research and Development Authority, which is a component of the Department, through counsel, respectfully move to dismiss with prejudice all claims brought against them in this action. Accompanying this Motion is a Memorandum of Points and Authorities.

Dated: March 30, 2021

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

COUNSEL FOR THE DEFENDANTS

Of Counsel:
CONRAD J. DeWITTE, JR.
D.C. Bar No. 236156
Department of Justice

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAKUR WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20-cv-3592 (KBJ) |
| ) | |
| BIOMEDICAL ADVANCED ) | |
| RESEARCH AND DEVELOPMENT ) | |
| AITHORITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER REQURING PLAINTIFF TO FILE AMENDED COMPLAINT

This matter has been removed to this Court from the Superior Court of the District of Columbia. It is hereby

**ORDERED** that, on or before **January 22, 2021**, Plaintiff shall file an amended complaint that comports with Federal Rules of Civil Procedure 8 and 10 and the Local Civil Rules of this Court, and that sets forth each claim that he asserts in this matter. In drafting his amended complaint, Plaintiff should take into account the principles set forth in the attached "Appendix to Order Requiring Pro Se Plaintiff To File an Amended Complaint," and should keep in mind that the failure to file an Amended Complaint as ordered might result in the Court's dismissal of this civil action under Federal Rule of Civil Procedure 41. Defendant shall answer or otherwise respond to any amended complaint on or before **February 22, 2021.**

DATE: December 18, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge